SQUIRE PATTON BOGGS (US) LLP
Marisol C. Mork (State Bar # 265170)
marisol.mork@squirepb.com
Suzanne S. Orza (State Bar # 312906)
suzy.orza@squirepb.com
275 Battery Street, Suite 2600
San Francisco, California 94111
Telephone: +1 415 954 0200
Facsimile: +1 415 393 9887

Attorneys for Defendant
VIVID SEATS LLC



GRANTED
Judge Yvonne Gonzalez Rogers
4/18/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD GIESEA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VIVID SEATS LLC, and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. 4:18-cv-01776-YGR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO THE COMPLAINT**<br><br>[Civ. L.R. 6-1(a)] |

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111

1     Plaintiff Todd Giesea ("Plaintiff") on the one hand, and Defendant Vivid Seats LLC ("Defendant") on the other hand, by and through their respective undersigned counsel, hereby stipulate as follows pursuant to Civil Local Rule 6-1(a):

    WHEREAS, Plaintiff served a Class Action Complaint ("Complaint") on Defendant on March 30, 2018;

    WHEREAS, Defendant's response to the Complaint is due on April 20, 2018 pursuant to Rule 12(a)(1)(A)(i) of the Federal Rules of Civil Procedure;

    WHEREAS, the parties have agreed to a three-week extension to Defendant's deadline to respond to the Complaint;

    NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties to this Stipulation, through their respective undersigned attorneys, that the initial response of Defendant to the Complaint shall be filed no later than May 11, 2018.

    IT IS SO STIPULATED.

Dated: April 16, 2018      SQUIRE PATTON BOGGS (US) LLP

By: *s/ Marisol C. Mork*
    Marisol C. Mork

Attorneys for Defendant
VIVID SEATS LLC

Dated: April 16, 2018      LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: *s/ Thomas E. Wheeler*
    Thomas E. Wheeler

Attorneys for Plaintiff
TODD GIESEA, individually, and on behalf of all others similarly situated

**ATTESTATION**

I hereby attest that I have on file written authorization for any signatures indicated by a "conformed" signature (s/) within this e-filed document.

Dated: April 16, 2018                SQUIRE PATTON BOGGS (US) LLP


By: _____*s/ Marisol C. Mork*_____
           Marisol C. Mork

Attorneys for Defendant
VIVID SEATS LLC

SQUIRE PATTON BOGGS (US) LLP
275 Battery Street, Suite 2600
San Francisco, California 94111