Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0298
tfriedman@toddflaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| TODD GIESEA, individually, and on behalf of all others similarly situated, Plaintiff, vs. VIVID SEATS LLC, and DOES 1-10, inclusive, Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:18-cv-01776-YGR **NOTICE OF SETTLEMENT** |

    NOW COME THE PLAINTIFF by and through their attorneys to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this May 10, 2018

                                    By: /s/Todd M. Friedman
                                    TODD M. FRIEDMAN, ESQ.

## **CERTIFICATE OF SERVICE**

Filed electronically on May 10 2018, with:

United States District Court CM/ECF system

Notification sent electronically on May 10 2018, to:

To the Honorable Court, all parties and their Counsel of Record

This 10th Day of May, 2018.

By: /s/Todd M. Friedman
TODD M. FRIEDMAN, ESQ.